```
BENJAMIN B. WAGNER
United States Attorney
BRIAN A. FOGERTY
Special Assistant U.S. Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 1:14-MJ-00058 SAB |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| JIMMY D. ARCE, | DATE:  June 5, 2014<br>TIME:  10:00 a.m.<br>COURTROOM: 9 |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, Special Assistant United States Attorney Brian A. Fogerty, counsel for Plaintiff, and Assistant Federal Defender Andras Farkas, counsel for Defendant Jimmy D. Arce, that the Status Conference, which is currently set for Thursday, June 5, at 10:00 a.m., be continued to Thursday, June 19, 2014, at 10:00 a.m. before United States Magistrate Judge Stanley A. Boone.

The parties request this two-week continuance because the undersigned counsel for the government will be out of the office and unavailable from June 5, 2014 through June 11, 2014.

//

//

//

- 1 -

```
                                        BENJAMIN B. WAGNER
                                        United States Attorney

Dated: April 24, 2014          By:    /s/ Brian A. Fogerty
                                      BRIAN A. FOGERTY
                                      Special Assistant U.S. Attorney


Dated: April 15, 2014          By:    /s/ Andras Farkas
                                      ANDRAS FARKAS
                                      Attorney for Defendant
```

**ORDER**

IT IS SO ORDERED.

Dated:   **April 24, 2014**   _____

UNITED STATES MAGISTRATE JUDGE