HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
ERIN SNIDER, OR SBN #116342
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
JIMMY D. ARCE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:14-mj-00058-SAB |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | JOINT MOTION TO EXTEND PROBATION PURSUANT TO 18 U.S.C. § 3564(d); ORDER |
| JIMMY D. ARCE, | ) | |
| Defendant. | ) | |

Defendant Jimmy D. Arce, by and through his counsel of record, Assistant Federal Defender Erin Snider, hereby moves for a six-week extension of his term of unsupervised probation pursuant to 18 U.S.C. § 3564(d).  The government joins in this request.

On September 4, 2014, Mr. Arce pled guilty to operating a motor vehicle while under the influence of alcohol or drugs, a violation of 36 C.F.R. § 4.23(a)(1).  *See* Judgment, Docket No. 17, at 1.  That same date, the Court sentenced Mr. Arce to serve twelve months of unsupervised probation, to expire on September 3, 2015.  *Id.* at 2.  As conditions of his probation, the Court ordered Mr. Arce to: (1) pay a penalty assessment of $10.00 and a fine of $450.00, for a total monetary penalty of $460.00; (2) complete the First Time DUI Offender Program through the Department of Motor Vehicles; and (3) complete 100 hours of community service within the first six months of Mr. Arce's term of unsupervised probation.  *Id.* at 3.

Title 18, United States Code, Section 3564(d) provides that, "[t]he court may, after a

hearing, extend a term of probation, if less than the maximum authorized term was previously imposed, at any time prior to the expiration or termination of the term of probation, pursuant to the provisions applicable to the initial setting of the term of probation."[1] 18 U.S.C. § 3564(d). In this case, Mr. Arce respectfully requests that this Court extend his term of unsupervised probation for six weeks to allow him additional time to complete the First Time DUI Offender Course. Mr. Arce has paid his financial penalty in full and completed 100 hours of community service. Mr. Arce has enrolled in the First Time DUI Offender Course and anticipates completing the course around September 19, 2015—just a little over two weeks after his term of unsupervised probation is currently set to expire. Mr. Arce was unable to enroll in the class earlier due to financial difficulties. Specifically, he could not afford to both pay the fine and pay for the class, and he opted to pay the fine off first. Accordingly, Mr. Arce seeks a six-week extension of his term of unsupervised probation, so that he may finish the course and provide the certificate of completion to the Court prior to the expiration of his term of unsupervised probation.

WHEREFORE, Mr. Arce requests that, pursuant to 18 U.S.C. § 3564(d), the Court extend his term of unsupervised probation for six weeks, with a new termination date of October 15, 2015.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: June 18, 2015            */s/ Erin Snider*
                               ERIN SNIDER
                               Assistant Federal Defender
                               Attorney for Defendant
                               JIMMY D. ARCE

---

[1] Although the statute suggests a hearing is required, Mr. Arce has submitted a status report detailing his performance on probation and he is requesting that probation be extended. Thus, it is defense's position that no hearing is required under the circumstances.

**O R D E R**

Pursuant to Mr. Arce's request for an extension of his term of unsupervised probation, the Court hereby extends Mr. Arce's term of unsupervised probation for an additional six weeks pursuant to 18 U.S.C. § 3564(d).  Mr. Arce's term of unsupervised probation shall expire October 15, 2015.  A review hearing is set for August 6, 2015, at 10:00 a.m. before the undersigned.

IT IS SO ORDERED.

Dated:   **June 18, 2015**

UNITED STATES MAGISTRATE JUDGE