# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:14-mj-00058-SAB |
| ) | |
| Plaintiff, ) | **DEFENDANT'S STATUS REPORT ON** |
| v. ) | **UNSUPERVISED PROBATION** |
| ) | |
| JIMMY D. ARCE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

PURSUANT to an order of this Court the Defendant hereby submits his status report on unsupervised probation:

**Convicted of:** Operating a motor vehicle under the influence of alcohol of drugs, in violation of 36 C.F.R. § 4.23(a)(1)

**Sentence Date:** September 4, 2014

**Review Hearing Date:** July 2, 2015

**Probation Expires On:** September 3, 2015

## CONDITIONS OF UNSUPERVISED PROBATION:

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $460.00, which Total Amount is made up of a Fine: $ 450.00; Special Assessment: $ 10.00; Processing Fee: $ 0.00; Restitution: $ 0.00.

☒ Payment schedule of $ 50.00 per month by the 15th of each month.

☒ **Community Service hours Imposed of:** 100 hours

☒ **Other Conditions:** Complete First Time DUI Offender Program

## COMPLIANCE:

☐ Defendant has complied with and completed <u>all</u> conditions of probation described above.

**Otherwise:**

☐ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

If so, describe arrest/charge/citation (location, court, date & offense):

☒ To date, Defendant has paid a total of $ 460.00
☐ If not paid in full when was last time payment: Date:
Amount: $

☒ To date, Defendant has performed 100 hours of community service.

☒ Compliance with Other Conditions of Probation: Defendant has enrolled in a First Time DUI Offender Program. His first class was on June 9, 2015, and he anticipates that his last class will be September 19, 2015.

## GOVERNMENT POSITION:

☐ The Government agrees to the above-described compliance.

☒ The Government disagrees with the following area(s) of compliance: On February 19, 2015, Defendant was convicted stateside of CA PC 484(A) – Theft and CA 466 PC – Possess/Etc Burglary Tools. On February 9, 2015, defendant was charged stateside with CA PC 496(A) – Receive/Etc Known Stolen Property (disposition unknown).

Government Attorney: Kenneth Jenq

## DEFENDANT'S REQUEST (OPTIONAL):

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 7/2/2015 at 10:00 a.m.

　　☒ be continued to 8/6/2015 at 10:00 a.m.; or

　　☐ be vacated.

☐ that Defendant's appearance for the review hearing be waived.

Defendant respectfully requests that the Court continue the review hearing to October 1, 2015. By separate motion, Defendant is requesting that the Court extend his term of unsupervised probation by six weeks, to give Defendant time to complete the First Time DUI Offender Course. Defendant has already enrolled in the First Time DUI Offender Course and is on track to complete the course on September 19, 2015. Defendant was unable to enroll in the course earlier due to financial difficulties.

DATED: 6/18/2015　　　　　　　　　　　　　　　　　　/s/ Erin Snider
　　　　　　　　　　　　　　　　　　　　　　　　　　DEFENDANT'S COUNSEL

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒ GRANTED. The Court orders that the Review Hearing set for July 2, 2015 at 10:00 am be continued to August 6, 2015 at 10:00 a.m.

☐ DENIED.

IT IS SO ORDERED.

Dated: **June 18, 2015**

　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE