# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>v.<br>JIMMY D. ARCE,<br>　　　　Defendant. | Case No. 1:14-mj-00058-SAB<br><br>**DEFENDANT'S STATUS REPORT ON UNSUPERVISED PROBATION** |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

Defendant ADMITTED: **Probation Violation for New Law Violation**

Sentence Date:　　　　October 1, 2015

Review Hearing Date: August 4, 2016

Probation Expires On: October 14, 2016

### CONDITIONS OF UNSUPERVISED PROBATION:

☒　　**Obey all federal, state and local laws**; and

☐　　**Monetary Fines & Penalties in Total Amount of:** $0.00 which Total Amount is made up of a
　　　Fine: $ 0.00　　　Special Assessment: $0.00　　　Processing Fee: $ Choose an item. Restitution: $

☐　　Payment schedule of $ 0.00 per month by the 15th of each month.

☒　　**Community Service hours Imposed of:** 60 Hours

☐　　**Other Conditions:**

### COMPLIANCE:

☒　　Defendant has complied with and completed <u>all</u> conditions of probation described-above.

### GOVERNMENT POSITION:

☒　　The Government agrees to the above-described compliance.

☐　　The Government disagrees with the following area(s) of compliance:

　　　Government Attorney: */s/ Michael Tierney*

*DEFENDANT'S REQUEST (OPTIONAL):*

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 8/4/2016 at 10:00 a.m.

    ☐ be continued.; or

    ☒ be vacated.

☐ that Defendant's appearance for the review hearing be waived.

DATED: 7/26/2016                              */s/ Megan Hopkins*
                                                        DEFENDANT'S COUNSEL

## O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒ GRANTED.  The Court orders that the Review Hearing be vacated.

☐ DENIED.

IT IS SO ORDERED.

Dated: **July 27, 2016**                                   _____
                                                           UNITED STATES MAGISTRATE JUDGE